BEFORE THE FIRST DIVISION, JULY 23, 1952

**No. 56798.**—Fujimoto Trading Company et al. *v.* United States, protests 71441–K, etc. (Honolulu).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the so-called rubber boots the subject of Abstract 56309, the claim of the plaintiffs was sustained.